**Bridgette D. COBB, Petitioner,**

**v.**

**MERIT SYSTEMS PROTECTION BOARD, Respondent,**

**United States Postal Service, Intervenor.**

**No. 2015–3195.**

United States Court of Appeals, Federal Circuit.

May 5, 2016.

Brian Thomas Edmunds, Rockville, MD, argued for petitioner.

Katherine Michelle Smith, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by Bryan G. Polisuk.

Igor Helman, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by James R. Sweet, Reginald T. Blades, Jr., Robert E. Kirschman, Jr., Benjamin C. Mizer.

DYK, MOORE, and HUGHES, Circuit, Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**